# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Triclawps, LLC, an Arizona limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>Shadow Tech LLC, a Kansas limited liability company, and Joshua E. Stabler, an individual,<br><br>         Defendants.<br>_____<br>Shadow Tech LLC, a Kansas limited liability company, and Joshua E. Stabler, an individual,<br><br>         Counter-Plaintiffs,<br><br>v.<br><br>Triclawps, LLC, an Arizona limited liability company,<br><br>         Counter-Defendants. | No. CV-16-00106-PHX-NVW<br><br>**ORDER** |

    The Court, having considered the parties' Stipulation for Dismissal of Action (Doc. 74), and good cause appearing.

    IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 74).

1    IT IS FURTHER ORDERED dismissing this action, including all claims and
2 counterclaims with prejudice. The parties each to bear their own costs and fees.
3    The Clerk shall terminate this case.
4    Dated this 26th day of October, 2017.

_____
Neil V. Wake
Senior United States District Judge